IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, vs. RAFAEL ROSARIO-AGRAMANTE, *Defendant*. | Criminal No. 17-645 (PG) |

### SENTENCING MEMORANDUM

Rafael Rosario-Agramante files this sentencing memorandum and respectfully requests this Court to impose a sentence of time served. The circumstances surrounding his case make the time he has already served sufficient, but not greater than necessary, to accomplish the purposes of the 18 U.S.C. §3553 factors.

Rafael was born and raised in Cotui, Dominican Republic. Andres was born in a very poor family and has been working in construction and agriculture his entire life in order to support his family. While living in Cotui, Rafael was the sole provider for his parents. His mother suffers from diabetes and his father recently had a stroke. Rafael's three children, ages 17, 21, and 23 are living in Cotui with their grandparents. They are all students at university.

Rafael quickly accepted full responsibility for coming to Puerto Rico illegally and for the consequences of his actions. Rafael has no prior criminal convictions and is a criminal history category I. His offense level is six, making his advisory guideline range from zero to six months.

1

**FOR THESE REASONS**, the history and characteristics of the defendant, the nature and circumstances of the offense, considering the factors set forth at 18 U.S.C. § 3553(a), the need to provide just punishment, and the prospects of rehabilitation, this Honorable Court should conclude that a sentence of time served is enough and not greater than necessary to accomplish the goals of punishment, deterrence, and public safety.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the foretasted, and sentence Rafael to the time he has already served.

**I HEREBY CERTIFY** that on this date I electronically filed this notice with the Clerk of Court using the CM/ECF system which will send notification this filing to the parties of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 19th day of January, 2018.

ERIC ALEXANDER VOS
Chief Defender
District of Puerto Rico

*S/Maria Teresa Gonzalez*
Maria Teresa Gonzalez
Research and Writing Specialist
USDC-Government No. G02716
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: Teresa_Gonzalez@fd.org